HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOHN RICHARD CHRISTENSEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN R. CHRISTENSEN,<br><br>Defendant. | No. 15-mj-149 AC<br><br>STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING<br><br>Date:   September 3, 2015<br>Time:   2:00 p.m.<br>Judge:  Hon. Kendall J. Newman |

The United States of America, through its counsel, Assistant U. S. Attorney Roger Yang, and defendant, John Richard Christensen, through Assistant Federal Defender, Matthew M. Scoble, stipulate that the Preliminary Hearing, currently scheduled for September 3, 2015, be continued to September 17, 2015 at 2:00 p.m.

The continuance is necessary for defense preparation in conferring with defendant and the government to negotiate a resolution to this matter prior to an indictment being filed.

The parties agree that the above reasons constitute good cause to extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should extend the time within which the government must file an indictment to September 17, 2015.

1  The parties stipulate that the ends of justice served by granting the
2  defendant's request for a continuance outweigh the best interest of the public and
3  the defendant in a speedy trial, and that this is an appropriate exclusion of time for
4  defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code
5  T4).

DATED: August 31, 2015            HEATHER E. WILLIAMS
                                  Federal Defender

                                  */s/ Matthew M. Scoble*
                                  MATTHEW M. SCOBLE
                                  Assistant Federal Defender
                                  Attorney for JOHN R. CHRISTENSEN

DATED: August 31, 2015            BENJAMIN B. WAGNER
                                  United States Attorney

                                  */s/ Roger Yang*
                                  ROGER YANG
                                  Assistant U.S. Attorney

## **O R D E R**

Finding good cause, the Court orders the preliminary hearing continued to September 17, 2015, at 2:00 p.m., before the Hon. Carolyn K. Delaney; and, time excluded for the reasons set forth above. The Court finds that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  August 31, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE